UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

October 22, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:09-cr-438 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| NGAI CHUNG HUNG, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release NGAI CHUNG HUNG; Case 2:09-cr-438 GEB

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

     X     Unsecured bond in the amount of $50,000.00 co-signed by Kawai

              Yau.

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

     X     (Other) Pretrial conditions/supervision.

Issued at  Sacramento, CA  on 10/22/09      at   3:18 p.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge