1  JOSEPH J. WISEMAN, ESQ., CSBN 107403
   JOSEPH J. WISEMAN, P.C.
2  1477 Drew Avenue, Suite 106
   Davis, California 95618
3  Telephone:    530.759.0700
   Facsimile:    530.759.0800
4  Attorney for Defendant
   NGAI CHUNG HUNG



FILED

DEC 1 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,                )  Case No. CR S 09-00438 EJG
                                         )
                    Plaintiff,           )
                                         )
        vs.                              )
                                         )  **AMENDED REQUEST FOR WAIVER OF
                                         )  PRESENCE**
                                         )
NGAI CHUNG HUNG; et al.,                 )
                                         )
                    Defendants.          )
                                         )

Defendant NGAI CHUNG HUNG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation ('TCH'), empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays

1 | under the Act without defendant being present.

2

3 | Dated:   November 4, 2009          /s/ Ngai Chung Hung
4 |                                    Signature on file
  |                                    Defendant, NGAI CHUNG HUNG
5

6

7 | Approved: November 4, 2009         By: /s/ Joseph J. Wiseman
  |                                        JOSEPH J. WISEMAN
8 |                                        Attorney for Defendant
  |                                        NGAI CHUNG HUNG
9

10

11 | Dated:   December 9, 2009          Respectfully submitted,

12 |                                    JOSEPH J. WISEMAN, P.C.

13

14 |                                    By: /s/ Joseph J. Wiseman
   |                                        JOSEPH J. WISEMAN
15 |                                        Attorney for Defendant
   |                                        NGAI CHUNG HUNG

16

17

18 | Dated: December 9, 2009            I approve the *Request for Waiver of Presence*.

19

20

21 |                                    _____
   |                                    EDWARD J. GARCIA
22 |                                    United States District Judge

23

24

25

26

27

28