1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   WING CHOU CHAN
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )  CR. NO. S-09-438 EJG
                                  )
11            Plaintiff,          )  STIPULATION; [PROPOSED] ORDER
                                  )
12     v.                         )
                                  )  DATE: January 8, 2009
13 WING CHOU CHAN, WAYNE RONG ZHI )  TIME: 10:00 a.m.
   FENG, and NGAI CHUNG HUNG,     )  COURT: Hon. Edward J. Garcia
14                                )
              Defendants.         )
15                                )
   _____)
16                                )

17     Defendant, WING CHOU CHAN, through Christopher Haydn-Myer,

18 Attorney At Law, defendant, WAYNE RONG ZHI FENG, through Dan Koukol,

19 Attorney At Law, defendant, NGAI CHUNG HUNG, through Joseph Wiseman,

20 Attorney at Law, and the United States of America, through Assistant

21 U.S. Attorney Heiko Coppola, agree as follows:

22     It is hereby stipulated that the status conference currently set

23 for January 8, 2010, be vacated and a new status conference be

24 scheduled on March 12, 2010 at 10:00 a.m.  Time had previously been

25 excluded by this Court on November 20, 2009 through and including

26 January 8, 2010 on the basis of counsel's need to prepare and

27 complexity (Local Codes T-2 and T-4).

28     It is further stipulated and agreed between the parties that the

time under the Speedy Trial Act should be excluded from January 8, 2010 to March 12, 2010, under Local Code T-4, Title 18, United States Code section 3161(h)(7)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare. The parties also stipulate and agree that the case is complex due to the nature of the prosecution and the number of defendants charged pursuant to Local Code T-2, Title 18, United States Code section 3161(h)(7)(B)(ii). Counsel has received over one thousand pages of discovery and counsel has been informed that there are "banker's boxes" that are being scanned by the government, and will be delivered to the defense on compact discs.

    The parties also stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 6, 2010

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
WING CHOU CHAN

Dated: January 6, 2010

Respectfully submitted,

/s/ Christopher Haydn-Myer for
_____
DAN KOUKOL
Attorney for Defendant
WAYNE RONG ZHI FENG

Dated: January 6, 2010

Respectfully submitted,

/s/ Christopher Haydn-Myer for
_____
JOSEPH WISEMAN
Attorney for Defendant
NGAI CHUNG HUNG

2

DATED: January 6, 2008          BENJAMIN B. WAGNER
                                United States Attorney

                                /S/ Christopher Haydn-Myer for
                                HEIKO COPPOLA
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for January 8, 2010, be vacated and a new status conference be scheduled on March 12, 2010 at 10:00 a.m., and that time is excluded under Local Code T-4, Title 18, United States Code section 3161(h)(7)(B)(iv), to allow counsel reasonable time to review discovery and for effective preparation.  Time is also excluded under Local Code T-2, Title 18, United States Code section 3161(h)(7)(B)(ii) because the case is complex due to the number of defendants charged and the nature of the prosecution.  The Court also finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)

DATED: January 6, 2010          /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                Senior U.S. District Judge

3