JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:    530.759.0700
   Facsimile:    530.759.0800
Attorney for Defendant
NGAI CHUNG HUNG



**FILED**

MAR 0 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br><br><br>NGAI CHUNG HUNG; et al.,<br><br>                Defendants. | Case No. CR S 09-00438 EJG<br><br><br><br><br>**AMENDED REQUEST FOR WAIVER OF PRESENCE**<br><br><br>**AS AMENDED\*** |

Defendant NGAI CHUNG HUNG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial readiness conference ('TRC'), empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays

1

1  under the Act without defendant being present.

2

3  Dated:     November 4, 2009
                                                        _____
4                                                       Defendant, NGAI CHUNG HUNG

5

6  Approved:  November 4, 2009                  By:  /s/ Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN
7                                                     Attorney for Defendant
8                                                     NGAI CHUNG HUNG

9

10 Dated:     November 4, 2009                  Respectfully submitted,

11                                              JOSEPH J. WISEMAN, P.C.

12
                                                By:  /s/ Joseph J. Wiseman
13                                                    JOSEPH J. WISEMAN
14 The Court required defendant's presence at all evidentiary
   hearings, the trial confirmation and during the entirety of the trial.
15

16 Dated:_____                       _____
17     Jan 5, 10                                      EDWARD J. GARCIA
   Dated: November ___, 2009                    I approve the Request for Waiver of Presence.
18

19

20                                              _____

21                                              United States District Judge

22

23

24

25

26

27

28

                                               2