**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:       530.759.0700
Facsimile:        530.759.0800
**Attorney for Defendant**
NGAI CHUNG HUNG

**FILED**

MAR 0 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NGAI CHUNG HUNG; et al.,<br><br>            Defendants. | Case No. CR S 09-00438 EJG<br><br>**AMENDED REQUEST FOR WAIVER OF PRESENCE**<br><br>**AS AMENDED*** |

Defendant NGAI CHUNG HUNG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial readiness conference ('TRC'), empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays

1

Request for Waiver of Presence                                                                                   Case No. CR S CRS 09-0438EJG

1  under the Act without defendant being present.

3  Dated:    November 4, 2009

   _____
   Defendant, NGAI CHUNG HUNG

6  Approved: November 4, 2009            By:  /s/ Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant
                                         NGAI CHUNG HUNG

10 Dated:    November 4, 2009            Respectfully submitted,

                                         JOSEPH J. WISEMAN, P.C.

                                         By:  /s/ Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
   The Court required defendant's presence at all evidentiary
   hearings, the trial confirmation and during the entirety of the trial.

16 Dated:_____            _____

        Jan 5, 10
   Dated: November ___, 2009             EDWARD J. GARCIA
                                         U.S. DISTRICT JUDGE
                                         I approve the Request for Waiver of Presence.

                                         _____
                                         United States District Judge