1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JOSEPH J. WISEMAN, P. C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
3   Telephone: 530.759.0700
    Facsimile:  530.759.0800
4
5  **Attorney for Defendant**
   NGAI CHUNG HUNG



FILED

MAR 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-00438 EJG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS** *As amended* ✱ |
| NGAI CHUNG HUNG; et al., | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Heiko Philipp Coppola, Assistant United States Attorney, Defendant, NGAI CHUNG HUNG, through his counsel of record, Joseph J. Wiseman, Defendant Wing Chou Chan, through his counsel of record, Christopher Haydn-Myer, and Defendant, WAYNE FENG, through his counsel of record, Dan Frank Koukol that the status conference in the above-captioned matter set for Friday, March 12, 2010, be continued for approximately 60-days to Friday, May 7, 2010 at ~~9:00~~ *10 AM* a.m.

The parties further stipulate and agree that the time beginning March 12, 2010 and extending through May 7, 2010, be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1

1  3161(h)(7).

2      Specifically, the defendants need additional time to review discovery which now
3  exceeds 20, 000 pages.

4      The parties submit that the interests of justice served by granting this
5  continuance outweigh the best interests of the public and the defendants in a speedy
6  trial. 18 U.S.C. § 3161(h)(7).

7  Dated: March 9, 2010                     Respectfully submitted,

8                                           JOSEPH J. WISEMAN, P.C.

9                                           By:   /s/ Joseph J. Wiseman

10                                              JOSEPH J. WISEMAN
11                                            Attorney for Defendant
                                            NGAI CHUNG HUNG
12

13 Dated: March 9, 2010                     Christopher Haydn-Myer

14

15                                          By:   /s/ Christopher Haydn-Myer
                                             Christopher Haydn-Myer
16                                            Attorney for Defendant
                                             Wing Chou Chan
17

18 Dated: March 9, 2010                     Dan Koukol.

19

20                                          By:   /s/ Dan Koukol.
                                             Dan Koukol.
21                                            Attorney for Defendant
                                           Wayne Feng
22

23
Dated: March 9, 2010                     LAWRENCE G. BROWN
24                                            United States Attorney

25

26                                          By:   /s/ Heiko Coppola
                                           Heiko Philipp Coppola, AUSA
27                                            Attorney for Plaintiff
                                           UNITED STATES OF AMERICA
28

Stipulation And Proposed Order To Continue Status Conference                      Case No. CRS 09-438 EJG

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to May 7, 2010 at 9:00 a.m.

Dated: __March 10__, 2010

_____
Edward J. Garcia
UNITED STATES DISTRICT JUDGE