```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 2:09-CR-0438 EJG |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | STIPULATION AND ORDER TO |
| ) | EXCLUDE TIME |
| NGAI CHUNG HUNG, et.al.  ) | |
| ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

The parties request that the status conference in this case be continued from May 7, 2010 to July 16, 2010 at 10:00 a.m. They stipulate that the time between May 7, 2010 and July 16, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, the defense counsel and the defendants need additional time to review discovery, which exceeds 20,000 pages.

1

The parties also stipulate and agree that the case is complex due to the nature of the prosecution and the number of defendant charged pursuant to 18 U.S.C. § 3161(h)(7)(b)(ii) and Local Code T-2.  This matter has previously been found by the Court to be complex.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                   Respectfully Submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

DATE: May 5, 2010        By:   /s/ Heiko P. Coppola
                                                   HEIKO P. COPPOLA
                                                   Assistant U.S. Attorney

DATE: May 5, 2010                  /s/ Josephy J. Wiseman
                                             JOSPEH J. WISEMAN
                                             Attorney for Defendant Ngai
                                             Chung Hung

                                         /s/ Christopher Haydn-Myer
                                             CHRISTOPHER HAYDN-MYER
                                             Attorney for Defendant Wing
                                             Chou Chan

                                         /s/ Dan Koukol
                                             DAN KOUKOL
                                             Attorney for Defendant Wayne
                                             Feng

                                         **SO ORDERED.**

DATE: May 5, 2010
                                         /s/ Edward J. Garcia
                                         HON. EDWARD J. GARCIA
                                         Senior U.S. District Judge