```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 2:09-CR-0438 EJG
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )   STIPULATION AND
                                 )   ORDER TO EXCLUDE TIME
14  NGAI CHUNG HUNG, et.al.      )
                                 )
15                               )
                Defendant.       )
16  _____ )
```

17      The parties request that the status conference in this case
18  be continued from July 16, 2010 to October 1, 2010 at 10:00 a.m.
19  They stipulate that the time between July 16, 2010 and October 1,
20  2010 should be excluded from the calculation of time under the
21  Speedy Trial Act.  The parties stipulate that the ends of justice
22  are served by the Court excluding such time, so that counsel for
23  the defendant may have reasonable time necessary for effective
24  preparation, taking into account the exercise of due diligence.
25  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,
26  the defense counsel and the defendants need additional time to
27  review discovery, which exceeds 20,000 pages.  Additional
28  discovery will be provided to defense counsel in the coming weeks

Furthermore, all defense counsel need to review the items seized during the execution of the search warrants that are being held by the IRS.

    The parties also stipulate and agree that the case is complex due to the nature of the prosecution and the number of defendant charged pursuant to 18 U.S.C. § 3161(h)(7)(b)(ii) and Local Code T-2.  This matter has previously been found by the Court to be complex.

    The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    Respectfully Submitted,

    BENJAMIN B. WAGNER
    United States Attorney

DATE: July 14, 2010     By:  /s/ Heiko P. Coppola
    HEIKO P. COPPOLA
    Assistant U.S. Attorney

DATE: July 14, 2010          /s/ Josephy J. Wiseman
    JOSPEH J. WISEMAN
    Attorney for Defendant Ngai Chung Hung

    /s/ Christopher Haydn-Myer
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant Wing Chou Chan

    /s/ Dan Koukol
    DAN KOUKOL
    Attorney for Defendant Wayne Feng

    **SO ORDERED.**

DATE: July 14, 2010

    /s/ Edward J. Garcia
    EDWARD J. GARCIA
    Senior U.S. District Judge