**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M** *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> **RE:   HUNG, Ngai, Chung**
> **Docket Number:  2:09CR00438-03** EJ S
> **CONTINUANCE OF JUDGMENT**
> **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 9, 2011 to June 24, 2011, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  Due to the unusually heavy workload and the voluminous discovery in this case, the undersigned officer needs additional time to complete the presentence report in this matter.   Therefore, all parties have agreed to a continuation of judgment and sentencing.

**FILED**

APR  7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**LINDA O. DILLON**
**United States Probation Officer**

**REVIEWED BY:**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

Dated:      April 6, 2011
            Sacramento, California
            LOD/sda

Attachment

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Federal Defender (If defense counsel is court-appointed)
       Probation Office Calendar clerk

✓ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

4/7/11

**Date**

____ **Disapproved**

2

RE:   **Ngai Chung Hung**
      **Docket Number:   2:09CR00438-03**
      <u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**          **Docket Number:   2:09CR00438-03**

                    **Plaintiff,**         **SCHEDULE FOR DISCLOSURE OF**
                                           **PRESENTENCE REPORT AND FOR**
     **vs.**                               **FILING OF OBJECTIONS TO THE**
                                           **PRESENTENCE REPORT**
**NGAI CHUNG HUNG**

                    **Defendant.**
_____/

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/24/2011 |
| Reply, or Statement of Non-Opposition: | 06/17/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/10/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/03/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/27/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/13/2011 |