**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
NGAI CHUNG HUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 09-0438 EJG |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| NGAI CHUNG HUNG; et al., ) | **(AS MODIFIED)** |
| Defendants. ) | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Heiko P. Coppola, Assistant United States Attorney, and Defendants, NGAI CHUNG HUNG, WIN CHOU CHAN, and WAYNE FENG, through their counsel of record, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendants, HUNG AND FENG, now scheduled for June 24, 2011, at 9:00 a.m., and the sentencing of Defendant, CHAN, now scheduled for July 29, 2011, be rescheduled to August 26, 2011, at 10:00 a.m.  The following dates will adjust as follows:  the government's Reply or statement of non-opposition shall be due August 12, 2011; Defendants' formal objections and

1

Stipulation and Proposed Order to                                              Case no. CR S 09-0438 EJG
Continue Sentencing

sentencing memorandum shall be due August 5, 2011; the Pre-sentence report shall be filed with the court on July 29, 2011; Defendants' informal objections to PSR shall be due July 8, 2011; and draft Pre-sentence report for Defendant CHAN shall be due by June 24, 2011.

      The parties are entering into this Stipulation to provide additional time for counsel to research loss amounts and restitution issues and to respond with informal objections to the Pre-sentence report. Further, Defendant Chan needs additional time to meet with probation officer.

Dated: May 24, 2011                  Respectfully submitted,

                                     WISEMAN LAW GROUP, P.C.

                                     /s/ Josephy J. Wiseman
                                      JOSPEH J. WISEMAN
                                      Attorney for Defendant Ngai Chung Hung

                                   /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for Defendant Win Chou Chan

                                   /s/ Dan Koukol
                                      DAN KOUKOL
                                      Attorney for Defendant Wayne Feng

                                   By: /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

## ORDER

      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to August 26, 2011 at 10:00 a.m. and the other dates adjust as noted by stipulation.

Dated: May 26, 2011

                                   /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   Senior United States District Judge

2

Stipulation and Proposed Order to Continue Sentencing          Case no. CR S 09-0438 EJG