1 **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
  **WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:   530.759.0700**
      **Facsimile:    530.759.0800**
4
5 **Attorney for Defendant**
  NGAI CHUNG HUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-0438 EJG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |
| NGAI CHUNG HUNG, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Heiko P. Coppola, Assistant United States Attorney, and Defendant, NGAI CHUNG HUNG, through his counsel of record, Joseph J. Wiseman, that Defendant's voluntary surrender date of October 21, 2011, be extended to November 4, 2011 at 2:00 p.m.  The undersigned are entering into this stipulation and requesting this continuance as there has not yet been a designation, and to provide Defendant additional time to arrange his personal affairs before he surrenders to the Bureau of Prisons, including attending to last minute medical needs.

Therefore, Defendant requests the Court grant this request to extend his voluntary surrender date to November 4, 2011.  If there is not a designation, defendant

1

must self-surrender at the Office of the U.S. Marshall in the Eastern District of California.

Dated: October 18, 2011          Respectfully submitted,

                                 WISEMAN LAW GROUP, P.C.

                                 By:   /s/ Joseph J. Wiseman
                                       JOSEPH J. WISEMAN
                                       Attorney for Defendant
                                       NGAI CHUNG HUNG

Dated: October 18, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:    /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

## ORDER

A request to extend the time for voluntary surrender having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, NGAI CHUNG HUNG, shall self-surrender, as designated by the Bureau of Prisons, on or before **November 4, 2011**. If there is not a designation, defendant must self-surrender at the Office of the U.S. Marshall in the Eastern District of California.

Dated: October 18, 2011          /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 Senior United States District Judge

Stipulation and Proposed Order                                    CR S 09—0438 EJG
To Extend Voluntary Surrender Date