**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:    530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**

NGAI CHUNG HUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-0438-03 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL** |
| NGAI CHUNG HUNG, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Heiko P. Coppola, Assistant United States Attorney, and Defendant, NGAI CHUNG HUNG, through his counsel of record, Joseph J. Wiseman, that Defendant's conditions of supervision be modified to permit him to travel out of the country for a family matter. Specifically, Mr. Hung wishes to make a one-time trip to Hong Kong for approximately one week to be with his wife who resides in Hong Kong and is scheduled to undergo surgery. Mr. Hung expects to leave the week of February 16, 2015 and return approximately ten days later, though the exact dates of his travel have not been confirmed, pending this Court's approval of his travel request, and Mrs. Hung's surgery schedule.

    Mr. Hung's probation officer, Barry Fisher, has no objection to this request for travel, however, the officer did request approval from the Court.

1

Stipulation and Proposed Order To Modify
Conditions of Supervised Release To Allow
Travel

CR S 09—0438 EJG WBS

Therefore, undersigned are entering into this stipulation to request this modification be made to defendant's supervised release enabling Defendant to travel to Hong Kong to be with his wife.

It is so stipulated.

Dated: February 11, 2015     Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By:    /s/ Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant
    NGAI CHUNG HUNG

Dated: February 11, 2015     BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Heiko P. Coppola
    HEIKO P. COPPOLA, AUSA
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions for supervised release of defendant, NGAI CHUNG HUNG, be modified as noted above to permit the defendant to travel to Hong Kong, departing in February 2015, and returning to California within ten days. All other conditions of supervised release shall remain in force.

Dated: February 11, 2015

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE