**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:   530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**

NGAI CHUNG HUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-0438-03 WBS |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL** |
| vs. | |
| NGAI CHUNG HUNG, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Heiko P. Coppola, Assistant United States Attorney, and Defendant, NGAI CHUNG HUNG, through his counsel of record, Joseph J. Wiseman, that Defendant's conditions of supervision be modified to permit him to travel out of the country for a family matter. Specifically, Mr. Hung wishes to make a one-time trip to Hong Kong for approximately one week to be with his wife who resides in Hong Kong and is scheduled to undergo surgery. Mr. Hung expected to leave the week of February 16, 2015 and return approximately ten days later, however, the anticipated travel dates have changed due to a change in the surgery schedule. Although the exact date has not been confirmed and pending this Court's approval of

his travel request; Mr. Hung now expects to travel on or about March 6, 2015 and return on or about March 15, 2015.

Mr. Hung's probation officer, Barry Fisher, has no objection to this request for travel; however, the officer did request approval from the Court.

Therefore, undersigned are entering into this stipulation to request this modification be made to defendant's supervised release enabling Defendant to travel to Hong Kong to be with his wife.

It is so stipulated.

Dated: February 27, 2015            Respectfully submitted,

                                    WISEMAN LAW GROUP, P.C.

                                    By:    /s/ Joseph J. Wiseman
                                           JOSEPH J. WISEMAN
                                           Attorney for Defendant
                                           NGAI CHUNG HUNG

Dated: February 27, 2015            BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:    /s/ Heiko P. Coppola
                                           HEIKO P. COPPOLA, AUSA
                                           Attorney for Plaintiff
                                           UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions for supervised release of defendant, NGAI CHUNG HUNG, be modified as noted above to permit the defendant to travel to Hong Kong, departing in March 2015, and returning to California within ten days. All other conditions of supervised release shall remain in force.

Dated: March 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Amended Stipulation and Proposed Order To Modify Conditions of Supervised Release To Allow Travel                                    CR S 09—0438 EJG WBS