**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**

NGAI CHUNG HUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-0438-03 WBS |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL** |
| vs. | |
| NGAI CHUNG HUNG, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Heiko P. Coppola, Assistant United States Attorney, and Defendant, NGAI CHUNG HUNG, through his counsel of record, Joseph J. Wiseman, that Defendant's conditions of supervision be modified to permit him to travel out of the country for a family matter.

Specifically, Mr. Hung wishes to travel to Hong Kong for approximately two weeks to visit with his family. Mr. Hung expected to travel in November and remain there for no more than two weeks. He will return to California before the end of November. The exact dates have not been confirmed, pending this Court's approval of his travel request.

1   In March 2015, Mr. Hung traveled to China, without incident and with permission of this Court, for a one-week visit when his wife underwent surgery.

Mr. Hung's probation officer, Daniel Zurita, has no objection to this request for travel; however, the officer did request approval from the Court for international travel.

Therefore, undersigned are entering into this stipulation to request this modification be made to defendant's supervised release enabling Defendant to travel to Hong Kong to visit his family.

It is so stipulated.

Dated: October 1, 2015          Respectfully submitted,

                                WISEMAN LAW GROUP, P.C.

                                By:   /s/ Joseph J. Wiseman
                                      JOSEPH J. WISEMAN
                                      Attorney for Defendant
                                      NGAI CHUNG HUNG

Dated: October 1, 2015          BENJAMIN B. WAGNER
                                United States Attorney

                                By:   /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA, AUSA
                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions for supervised release of defendant, NGAI CHUNG HUNG, be modified as noted above to permit the defendant to travel to Hong Kong for a two-week visit in November 2015, and returning to California before November 30, 2015.  All other conditions of supervised release shall remain in force.

Dated:  October 1, 2015         _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE